Elsa Rodriguez                                5                                61088 - LPRJ
Docket Number: 11 CR 365-1 (CS)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## *JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑  Court approves U.S. Probation Officer's action(s) *but to keep me informed as*
*2 offenses (if they occurred) are*
                                                         or                    *too serious*

U.S. Probation Officer is directed to:

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other:

_____
Signature of Judicial Officer

5/3/16
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2016

PROB 12CV
(4/15)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

P# 61088/LPRJ

**TO:**   Honorable Cathy Seibel
U.S. District Judge

**FROM:**   Enid Febus
Supervisory U.S. Probation Officer

Re: Elsa Rodriguez
Dkt No.: 11 CR 365-1 (CS)

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor.  **Also, please forward a copy of your response to our office at 500 Pearl Street, 6th floor, so that we may take appropriate action.**

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Enid Febus
Supervisory U.S. Probation Officer
212-805-5075

Prepared By:

Larren P. Riley Jr.
U.S. Probation Officer
212-805-5163
DATE: April 28, 2016

NY 201(b)